

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00351-CV

| | | |
|---|---|---|
| IN THE MATTER OF T.R. | § | On Appeal from 323rd District Court |
| | § | of Tarrant County (323-103805-16) |
| | § | September 27, 2018 |
| | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's commitment order. The commitment order is modified by deleting "Article 61.084, V.A.T.H.R.C." and replacing it with "Texas Human Resources Code Section 245.151." It is ordered that the juvenile court's judgment and the commitment order as modified are affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
      Justice Elizabeth Kerr